UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **CV 12-8606-MWF(RZx)**                    Dated: **August 8, 2017**

Title:     Valencia Western Electric, Inc. -*v*- International Fidelity Insurance
           Company, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE SANCTIONS

     The Court, on its own motion, ORDERS the Trustee to show cause in writing on or
before **August 15, 2017**, why sanctions should not be imposed for failure to file the **Six-
Month** Status Report ordered by the Court on **July 26, 2016 , Docket Entry [44].**  The last
status report was filed **January 24, 2017.**

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral
argument will not be heard in this matter unless so ordered by the Court.  The Order to Show
Cause will stand submitted upon the filing of <u>the Trustee's response or Status Report </u>on or
before the above date.  *Failure to respond to the Court's order may result in dismissal of the
action.*

MINUTES FORM 90                                    Initials of Deputy Clerk   __cw__
CIVIL - GEN